**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

**WARNING:** **You cannot use this form to ask the Court to release you from prison, to shorten your sentence, or to give you back good time credits that were taken away.** If that is what you want, you must use the forms for a writ of habeas corpus.

CASE NO. $\underline{3:11CV1274(VLB)}$

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

1. _NOERCK COLEBUT_

_____

_____

_____

_____

*U.S. DISTRICT COURT BRIDGEPORT, CONN 2011 AUG 11 P 2:37 FILED*

vs.

DEFENDANT(S) [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

1. _BARRY LEVIN_ — INDIVIDUAL CAPACITY
2. _M.M.B MANAGEMENT CO. LLC._ — INDIVIDUAL CAPACITY
3. _MAGISTRATE GILMAN_ — OFFICIAL/INDIVIDUAL CAP.
4. _STATE MARSHAL JOSHUA MARTIN_ — OFFICIAL/INDIVIDUAL CAP.
5. _CONNECTICUT COMMUNITY CREDIT UNION_ — INDIVIDUAL CAPACITY
6. _PEGGY JORDAN_ — INDIVIDUAL CAPACITY
7. _KEVIN KANE_ — OFFICIAL/INDIVIDUAL CAP.
8. _JOHN WHALEN_ — OFFICIAL/INDIVIDUAL CAP.
9. _PETER MCSHANE_ — OFFICIAL/INDIVIDUAL CAP.
10. _CAPTAIN STEVEN CROWLEY_ — OFFICIAL/INDIVIDUAL CAP.
11. _CONNECTICUT STATE POLICE (TROOP E)_ — OFFICIAL/INDIVIDUAL CAP.

REV. 10/14/09

1

**Complete every section and SIGN THE LAST PAGE.**  The Court cannot give you legal advice, so if you need help, you should call Inmate Legal Assistance at 1-800-301-ILAP (4527).  It is a good idea to ask ILAP to review your complaint before you send it to the Court, to make sure that your allegations describe the kind of claim that you can make in federal court and minimize the risk that your case will be dismissed for failure to state a good legal claim.

**A.   JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities.  Check **one.**

I can bring my complaint in federal court because I am suing:

1.   _____✓_____   State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2.   _____   Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

**B.   PLAINTIFF(S)**  (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.   First Plaintiff

   a.   Full Name:   NOERCK COLEBUT

   b.   Inmate Number:   P.O. BOX 1400

   c.   Correctional facility:   285 SHAKER Rd. ENFIELD, CT 06083

   d.   State of citizenship:   CONNECTICUT

2.   Second Plaintiff

   a.   Full Name:

   b.   Inmate Number:

   c.   Correctional facility:

   d.   State of citizenship:

Rev. 10/14/09                          2

**C.   DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING
ABOUT)

If you are suing more than six people, attach additional pages.
**Provide items 1, 2, and 3 for each additional defendant.**

1.   <u>First Defendant</u>

    a.   Full Name: BARRY LEVIN

    b.   Rank or Title: Owner M.M.B MANAGEMENT CO. LLC

    c.   Workplace: P.O. BOX 576, WATERFORD, CT 06385

2.   <u>Second Defendant</u>

    a.   Full Name: M.M.B MANAGEMENT CO. LLC

    b.   Rank or Title:

    c.   Workplace: P.O. BOX 576, WATERFORD, CT 06385

3.   <u>Third Defendant</u>

    a.   Full Name: MAGISTRATE GILMAN

    b.   Rank or Title: MAGISTRATE

    c.   Workplace: SUPERIOR COURT JUDICIAL DISTRICT OF NEW LONDON
        112 BROAD ST. NEW LONDON, CT 06320

4.   <u>Fourth Defendant</u>

    a.   Full Name: JOSHUA MARTIN   STATE MARSHAL

    b.   Rank or Title: STATE MARSHAL

    c.   Workplace: P.O. BOX 1044 NIANTIC, CT 06357

5.   <u>Fifth Defendant</u>

    a.   Full Name: CONNECTICUT Community CREDIT UNION

    b.   Rank or Title:

    c.   Workplace: 43 WEST BROAD ST. PAWCATUCK, CT. 06379

6.   <u>Sixth Defendant</u>

    a.   Full Name: PEGGY JORDAN (PEGGY JORDAN)

    b.   Rank or Title: OPERATIONS MANAGER

    c.   Workplace: 43 WEST BROAD ST. PAWCATUCK, CT 06379

3

SEE ATTACHED 3A FOR
ADDITIONAL DEFENDANTS

C. DEFENDANTS

7. SEVENTH DEFENDANT
   a. Full Name:   KEVIN KANE
   b. Rank or Title: Chief States Attorney
   c. Workplace:  300 Corporate PL Rocky Hill, CT 06067

8. EIGHTH DEFENDANT
   a. Full Name:   JOHN WHALEN
   b. Rank or Title: ASSISTANT STATE'S ATTORNEY
   c. Work Place:  300 CORPORATE PL. Rocky Hill, CT 06067

9. NINTH DEFENDANT
   a. Full Name:  PETER MCSHANE
   b. Rank or Title: SUPERVISORY ASSISTANT STATE'S ATTORNEY
   c. Work Place: 112 BROAD ST. NEW LONDON, CT 06320

10. TENTH DEFENDANT
    a. Full Name: CAPTAIN STEVEN CROWLEY
    b. Rank or Title: CAPTAIN
    c. Work Place: 5. Governor WINTHROP BLVD
                   NEW LONDON, CT 06320

11. ELEVENTH DEFENDANT
    a. Full Name: CONNECTICUT STATE POLICE (TROOP E)
    b. Rank or Title:
    c. Work Place: P.O. BOX 306 UNCASVILLE, CT. 06382

**D.    PREVIOUS LAWSUITS RELATED TO THIS CASE**

Tell the Court if any plaintiff has filed other state or federal
lawsuits involving these defendants or events. If you need more
space, attach additional pages. **Provide items a-d for each case.**

1.    First Lawsuit

   a.    Court and Date filed: SUPERIOR COURT JUDICIAL DISTRICT OF NEW LONDON

   b.    Caption and Docket No.: S.CC-090262695-S

   c.    Briefly, what was this lawsuit about?

   Small claims action filed by BARRY LEVIN/M.MB MANAGEMENT Co. LLC
   AGAINST ME (NOERCK Colebut seeking $5,000 FOR BACK RENT AND
   PROPERTY DAMAGE. I filed a counterclaim in a motion to reopen that
   was heard by MAGISTRATE Gilman FOR BARRY LEVIN'S THEFTS, FORGERY, MAIL fraud etc

   d.    Did you win or lose? If you lost, did you appeal? If you
         appealed, what did the appeals court say?

   non-appealable

2.    Second Lawsuit

   a.    Court and Date filed:

   b.    Caption and Docket No.:

   c.    Briefly, what was this lawsuit about?




   d.    Did you win or lose? If you lost, did you appeal? If you
         appealed, what did the appeals court say?


3.    Third Lawsuit

   a.    Court and Date filed:

   b.    Caption and Docket No.:

   c.    Briefly, what was this lawsuit about?



   d.    Did you win or lose? If you lost, did you appeal? If you
         appealed, what did the appeals court say?

Rev. 10/14/09                          4

**E.**   **OTHER LAWSUITS**     *NoNE*

Tell the Court if any plaintiff has filed other federal lawsuits in
this court within the past ten (10) years. If you need more space,
attach additional pages. **Provide items a-d for each case.**

1.   <u>First Lawsuit</u>

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?


    d.   Did you win or lose?  If you lost, did you appeal? If you
        appealed, what did the appeals court say?


2.   <u>Second Lawsuit</u>

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?


    d.   Did you win or lose?  If you lost, did you appeal? If you
        appealed, what did the appeals court say?


3.   <u>Third Lawsuit</u>

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?


    d.   Did you win or lose?  If you lost, did you appeal? If you
        appealed, what did the appeals court say?

**Now describe your claims.**

Statement of Case

1.

2.      SEE STATEMENT OF

3.      THE CASE ATTACHED

4.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

## STATEMENT OF THE CASE

1. IN 2005 I MET THE DEFENDANT BARRY LEVINE WHILE RENTING AN APARTMENT WITH MY SON AT 537 BANK ST. NEW LONDON, CONNECTICUT.

2. AT THAT TIME BARRY LEVINE INTRODUCED HIMSELF TO ME AS THE NEW LANDLORD.

3. I LATER LEARNED BARRY LEVIN OWNS, IS THE AGENT FOR, OR ACTS ON BEHALF OF M.M.B. MANAGEMENT COMPANY LLC.

4. 537 BANK ST NEW LONDON, CONNECTICUT IS OWNED AND MANAGED BY BARRY LEVINE AND M.M.B MANAGEMENT COMPANY L.L.C.

5. EARLY IN THE MONTH OF MARCH 2009 I GAVE BARRY LEVINE MY CHECK BOOK TO HOLD FOR ME WHEN I WASN'T HOME AS A RESULT OF SOMEONE ENTERING MY APARTMENT AT 537 BANK ST. NEWLONDON, CONNECTICUT UNAUTHORIZED,

6. ON APRIL 16, 2009 I BECAME INCARCERATED AT THE CORRIGAN CORRECTIONAL CENTER UNCASVILLE, CONNECTICUT.

7. I HAD INTENDED ON KEEPING MY APARTMENT AT 537 BANK ST. NEW LONDON, CONNECTICUT SO I BEGAN TO TRY TO MAKE ARRANGEMENTS TO PAY MY RENT.

TO BARRY-LEVIN/M.M.B. MANAGEMENT CO. LLC.

8. IN AN ATTEMPT TO PAY MY RENT AND CHECK ON MY APARTMENT I TRIED CONTACTING BARRY LEVIN/M.M.B. MANAGEMENT CO. LLC TO ARRANGE FOR THIS TO BE DONE AND THEY NEVER RESPONDED.

9. ON MAY 28, 2009 I HAD AN ACQUAINTANCE GO OVER TO THE APARTMENT IN AN ATTEMPT TO CONTACT BARRY LEVIN.

10. UPON ARRIVAL AT 537 BANK ST NEW LONDON, CONNECTICUT (MY APARTMENT BUILDING) THAT DAY MY ACQUAINTANCE OBSERVED BARRY LEVINE AND MY SON AT THE PROPERTY.

11. AT THIS TIME MY ACQUAINTANCE ALSO OBSERVED MY PROPERTY FROM MY APARTMENT IN A DUMPSTER IN THE PARKING AREA.

12. SINCE 2006 I RECEIVE MONEY FROM THE MANSHAN-TUCKET PEQUOT INDIAN TRIBE EVERY MONTH IN THE FORM OF A DIRECT DEPOSIT INTO AN ACCOUNT I POSSESS AT THE CONNECTICUT COMMUNITY CREDIT UNION.

13. DURING THE LAST WEEK OF APRIL, 2009 I ATTEMPTED TO GET MONEY TRANSFERED FROM THE CREDIT

UNION ACCOUNT INTO MY PRISONER ACCOUNT AT THE CORRIGAN CORRECTIONAL CENTER.

14. I WAS NOTIFIED BY PERSONNEL AT THE CREDIT UNION THAT THIS COULD NOT BE DONE DUE TO INSUFFICIENT FUNDS IN THE CREDIT UNION ACCOUNT.

15. I DECIDED TO ATTEMPT ANOTHER TRANSFER AFTER I RECEIVED MY MAY 2009 DEPOSIT FROM THE MASHANTUKET PEQUOT INDIAN TRIBE.

16. UPON ANOTHER ATTEMPT TO TRANSFER MONIES FROM THE CREDIT UNION ACCOUNT TO MY PRISONER ACCOUNT I WAS INFORMED BY CREDIT UNION PERSONNEL THE FUNDS WERE INSUFFICIENT TO COMPLETE THE TRANSFER.

17. I DECIDED TO WAIT UNTIL I RECEIVED MY JUNE 2009 DEPOSIT FROM THE MANSHANTUCKET PEQUOT INDIAN TRIBE, BUT WAS ONCE MORE TOLD BY CREDIT UNION PERSONNEL WHEN I ATTEMPTED A TRANSFER OF FUNDS FROM MY CREDIT UNION ACCOUNT TO MY PRISONER ACCOUNT THAT THE FUNDS WERE INSUFFICIENT TO COMPLETE THE TRANSFER.

18. I DECIDED TO CLOSE MY CREDIT UNION ACCOUNT AFTER THESE REPEATED FAILED ATTEMPTS TO TRANSFER MONIES INTO MY PRISONER ACCOUNT.

19. I THEREAFTER REQUESTED A FINANCIAL TRANSACTION
STATEMENT FROM THE CREDIT UNION.

20. AT THIS TIME THE CREDIT UNION INFORMED ME THAT
CHECKS WERE BEING WRITTEN AND CASHED ON THE
ACCOUNT AND THAT THIS WAS THE REASON THERE WERE
INSUFFICIENT FUNDS TO COMPLETE THE MONEY TRANSFERS.

21. UPON INSPECTION OF THE FINANCIAL TRANSACTION REPORT
I CONFIRMED WHAT THE CREDIT UNION SAID WAS TRUE
THAT UNAUTHORIZED CHECKS HAD BEEN WRITTEN
AND CASHED.

22. I REQUESTED COPIES OF THESE UNAUTHORIZED CHECKS.

23. AFTER RECEIVING COPIES OF THE UNAUTHORIZED CHECKS
I LEARNED BARRY LEVIN WROTE AND CASHED THESE
CHECKS. THAT WERE PAID TO THE ORDER OF BARRY LEVIN

24. THESE CHECKS DESCRIBED IN PARAGRAPH #21 WERE
NOT WRITTEN BY OR AUTHORIZED BY ME.

25. BARRY LEVIN WAS THE PERSON WHO WROTE AND CASHED
THESE UNAUTHORIZED CHECKS.

26. BARRY LEVIN AS HIMSELF AND AS HIMSELF AND M.M.B.
MANAGEMENT COMPANY L.L.C DID COMMIT LARCENY

AGAINST ME BY WRITING AND CASHING THESE CHECKS
AS DESCRIBED HEREIN IN PARAGRAPH'S #21 - #25,

27. ON APRIL 27, 2009 THE DEPARTMENT OF CHILD SUPPORT
ENFORCEMENT (herein after referred to as C.S.E) MAILED
A CHECK IN THE AMOUNT OF $7,120.77 TO MY
APARTMENT AT 537 BANK ST NEW LONDON CONNECTICUT

28. UPON INSPECTION OF THE FINANCIAL TRANSACTION
STATEMENT AS DESCRIBED IN PARAGRAPH'S #21 IT WAS
DISCLOSED THAT ON MAY 2, 2009 THE C.S.E CHECK
OF $7,120.77 WAS DEPOSITED INTO MY CREDIT UNION
ACCOUNT.

29. THE FINANCIAL TRANSACTION STATEMENT FURTHER
DISCLOSED THAT A CHECK FOR $7,100.00 WAS
CASHED OUT OF MY CREDIT UNION ACCOUNT.

30. I FURTHER LEARNED THIS CHECK FOR $7,100.00
WAS WRITTEN AND CASHED BY BARRY LEVIN ON
MAY 4, 2009.

31. THAT BARRY LEVINE ACTING ALONE AND OR AS BARRY
LEVINE / M.M.B MANAGEMENT COMPANY L.L.C DID
OPEN MY MAIL AT MY APARTMENT AT 537 BANK ST.
NEW LONDON, CONNECTICUT ON APRIL 27, 2009 AND TOOK
THE CHECK FOR $7,120.77 THAT WAS MAILED TO ME

BY C.S.E.

32. THAT AFTER OPENING MY MAIL ON OR AFTER APRIL 27, 2009 AND TAKING THE CHECK DESCRIBED IN PARAGRAPH #31 BARRY LEVIN ALONE OR AS BARRY LEVIN/M.M.B MANAGEMENT CO. LLC DEPOSITED THIS CHECK IN MY CONNECTICUT COMMUNITY CREDIT UNION ACCOUNT. ON MAY 2, 2009. AND WITHDREW IT ON MAY 4, 2009.

33. THAT THE ACTS OF BARRY LEVIN AND OR BARRY LEVIN/M.M.B MANAGEMENT ASSOCIATES LLC WERE DONE WITHOUT MY AUTHORIZATION AND WERE ACTS INTENDED TO STEAL FROM AND TO DEFRAUD ME OF MONIES IN MY CREDIT UNION ACCOUNT.

34. THAT THE ACTS OF BARRY LEVIN AND OR BARRY LEVIN/M.M.B MANAGEMENT COMPANY LLC OF OPENING MY MAIL CONSTITUTE INVASION OF PRIVACY.

35. THAT BARRY LEVIN AND OR BARRY LEVIN/M.M.B MANAGEMENT CO. LLC BY THEIR ACTS AS DESCRIBED HEREIN AT PARAGRAPH'S 1-11 UNLAWFULLY LOCKED ME OUT, ILLEGALLY EVICTED ME, BREACHED THEIR RENTAL CONTRACT, MALICIOUSLY DESTROYED MY PROPERTY.

36. THAT BARRY LEVIN AND OR BARRY LEVIN/M.M.B MANAGE-

MENT COMPANY L.L.C. WERE ALSO NEGLIGENT IN THE MANNER THESE ACTS WERE PERPETRATED.

37. I RECEIVED NOTICE IN EARLY MARCH OF 2009 THAT MY ACCOUNT AT THE CONNECTICUT COMMUNITY CREDIT UNION (HEREIN REFERRED TO AS CCCU) HAD BEEN GARNISHED OF $5884.50 THROUGH A WRIT OF EXECUTION

38. I THEREAFTER INQUIRED OF THE SUPERIOR COURT FOR THE JUDICIAL DISTRICT OF NEW LONDON WHY A WRIT OF EXECUTION WAS ISSUED BY THAT COURT ON MY CREDIT UNION.

39. THE SUPERIOR COURT FOR THE JUDICIAL DISTRICT OF NEW LONDON THEREAFTER INFORMED ME THAT THE WRIT OF EXECUTION WAS SERVED ON MY ACCOUNT AT THE C.C.C.U. AS A RESULT OF A DEFAULT JUDGEMENT ENTERED AGAINST ME IN A SMALL CLAIMS ACTION AT THAT COURT (S.CC-090262695-S)

40. THAT THE SMALL CLAIMS COURT FOR THE SUPERIOR COURT FOR THE JUDICIAL DISTRICT OF NEW LONDON S.CC-0902626955(GILMAN, M) ENTERED THIS DEFAULT JUDGEMENT ON NOVEMBER 10, 2009 IN THE AMOUNT OF $5110.00 INCLUDING COSTS.

41. THAT I WAS NEVER SERVED PROCESS IN THIS CASE.

42. THAT THE C.C.C.U. INFORMED ME THAT A GARNISHMENT OF $5884.50 WAS EXECUTED ON MY ACCOUNT ON FEBRUARY 18, 2010

43. THAT THE AMOUNT OF THE DEFAULT JUDGEMENT AWARD TO BARRY LEVIN IN SCC-090262695-S) WAS $5110.00.

44. THAT THE WRIT OF EXECUTION SIGNED BY THE CLERK OF THE SUPERIOR COURT AUTHORIZED A GARNISHMENT OF MY C.C.C.U ACCOUNT IN THE AMOUNT OF $5110.00

45. THAT ON OR ABOUT FEBRUARY 5, 2010 BARRY LEVIN ALONE AND/OR AS BARRY LEVIN/M.M.B. MANAGEMENT AND THE STATE MARSHAL JOSHUA MARTIN COMMITTED FRAUD, FORGERY, AND LARCENY WHEN THEY CHANGED THE AMOUNT TO BE GARNISHED FROM MY C.C.C.U ACCOUNT IN THE WRIT OF EXECUTION FROM $5110.00 to $5884.50.

46. THAT PEGGY JORDAN AND C.C.C.U WERE NEGLIGENT WHEN THEY HONORED THE FRADULENT, UNSIGNED, AND UNLAWFUL WRIT OF EXECUTION ON FEBRUARY 18, 2010 AND ALLOWED MY C.C.C.U. ACCOUNT

TO BE GARNISHED OF $5884.50.

47. THAT AFTER LEARNING A SMALL CLAIMS
JUDGEMENT OF DEFAULT AND A WRIT OF
EXECUTION TO GARNISH MY ACCOUNT HAD
BEEN ISSUED AGAINST ME IN THE SUPERIOR
COURT FOR THE JUDICIAL DISTRICT OF NEW
LONDON I FILED A MOTION TO REOPEN THE
CASE TO STAY THIS GARNISHMENT.

48. AFTER DISCOVERING THAT BARRY LEVIN, M.MB
MANAGEMENT CO. LLC, AND STATE MARSHAL
JOSHUA MARTIN HAD COMMITTED FRAUD, LARCENY,
FORGERY, MAIL TAMPERING AND INVASION OF
PROPERTY AGAINST ME, AND THAT MAGISTRATE
GILMAN ALLOWED AN ACTION TO BE PROCEED
TO JUDGEMENT AGAINST ME WITHOUT SERVING
ME, AND THAT AN ILLEGAL WRIT OF EXECUTION,
AND THE ALLOWING OF ACCESS TO DEPOSIT AND
WITHDRAW MONIES FROM MY C.C.C.U ACCOUNT
WITHOUT MY AUTHORIZATION. I INSTITUTED A
COUNTER CLAIM IN SMALL CLAIMS COURT TO
GET JUSTICE FOR THOSE CLAIMS AND FOR BREACH
OF A RENTAL CONTRACT, ILLEGAL EVICTION AND
LOSS AND DESTRUCTION OF THE PROPERTY IN
MY APARTMENT

49. THAT MAGISTRATE GILMAN IN DENYING MY COUNTERCLAIM, IGNORING THE FACT I WAS NEVER SERVED IN THE CASE, THAT THE PLAINTIFF HAD NO EVIDENCE TO SUPPORT HIS CASE, THAT MAGISTRATE GILMAN RULED AGAINST ME CONTRARY TO THE WEIGHT OF MY EVIDENCE OVERWHELMINGLY PROVING MY COUNTERCLAIM, FAILED TO LOOK INTO THE CLAIMS OF FRAUD, FORGERY, LARCENY, INVASION OF PRIVACY ESTABLISHES HE ACTED IN A ARBITRARY AND CAPRICIOUS MANNER AND IN EXCESS OF ANY STATUTORY AUTHORITY AND HIS ACTS ON IMPROPER SERVICE WERE MINISTREL ACTS AND WERE WITHOUT JURISDICTION.

50. AS A RESULT OF MAGISTRATE GILMAN'S ACTS THE WRIT OF EXECUTION SERVED ON MY C.C.C.U ACCOUNT WAS UNLAWFUL.

51. THAT AS A RESULT OF THE SERIOUS OFFENSES PERPETRATED AGAINST, AND THE COURTS FAILURE TO REMEDY SAME I SOUGHT ASSISTANCE FROM LAW ENFORCEMENT.

52. THAT I CONTACTED STATE'S ATTORNEY PETER McSHANE OF THE JUDICAL DISTRICT OF NEW LONDON, THE CHIEF STATE'S ATTORNEY KEVIN

KANE, AND JOHN WHALEN, SUPERVISOR CONNECTICUT STATE POLICE TROOP E MONTVILLE, AND CAPTAIN CROWLEY OF THE NEW LONDON POLICE DEPARTMENT TO REPORT THESE CRIMES, TO SEEK AN INVESTIGATION AND TO BRING THE OFFENDERS TO JUSTICE.

53   THAT NONE OF THESE AGENCIES HELPED ME IN ANY MANNER, AND THE CRIMES AND THE PERPETRATORS OF THESE CRIMES AGAINST ME CONTINUE TO GET AWAY WITH THESE OFFENSES AS DESCRIBED HEREIN.

54.   THAT THE CHIEF STATE'S ATTORNEY'S OFFICE KEVIN KANE, JOHN WHALEN, STATE'S ATTORNEY FOR THE JUDICIAL DISTRICT OF NEW LONDON PETER MCSHANE, SUPERVISOR CONNECTICUT STATE POLICE TROOP E MONTVILLE, AND CAPTAIN CROWLEY OF THE NEW LONDON POLICE DEPARTMENT VIOLATED MY CIVIL RIGHTS WHEN THEY ALL FAILED TO PROTECT ME FOR THE ACTS AS DESCRIBED HEREIN.

BY THE PLAINTIFF
NOERCK COLEBUT

*Neorck Colebut*

**G.     REQUEST FOR RELIEF**

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits.  For any of these, you must pursue a Writ of Habeas Corpus.

SEE ATTACHENT

**H.     Do you wish to have a jury trial? Yes __√__     No_____**

**I.     DECLARATION UNDER PENALTY OF PERJURY**

Warning: **You must sign this** or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.   I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature: *Neoch Colebut*

Signed at *P.O. Box 1400, Enfeild, CT*   on *July 15, 2011*
               **(Location)**                              **(Date)**

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

G.   REQUEST FOR RELIEF

1.   TEMPORARY RESTRAINING ORDER AND PRELIMINARY
     INJUNCTION;

A) THAT UTILIZES CONNECTICUT GENERAL STATUTES
   52-278 a-e (PREJUDGMENT REMEDY) PURSUANT TO
   PENDENT JURISDICTION TO SECURE A HEARING BEFORE
   THE DEFENDANT'S ANSWER TO THE COMPLAINT TO ENSURE
   DEFENDANT BARRY LEVIN/M.M.B. MANAGEMENT CO. LLC CAN
   COVER A JUDGEMENT AWARD OF $1,050,000.00, PLACE A
   LIEN ON THEIR PROPERTIES, ASSETS OF ANY SORT AND BANK
   ACCOUNTS, IN THAT THE ALLEGATIONS WITHIN THE COMPLAINT
   DEMONSTRATE THESE DEFENDANTS WILL ATTEMPT TO DECEIVE
   AND DEFRAUD ANYONE, INCLUDING THIS COURT AND ATTEMPT
   TO HIDE THEIR MONIES, AND ASSETS, AND IN ADDITION FOR
   SUPPORT, A PREJUDGMENT REMEDY IS WARRANTED IN THAT MY
   COMPLAINT DEMONSTRATES PROBABLE CAUSE I WILL WIN A
   JUDGEMENT AGAINST THESE DEFENDANTS.

2.   DECLARATORY JUDGEMENT
A) DECLARING MY STATE AND FEDERAL CONSTITUTIONAL RIGHTS
   WERE VIOLATED BY JUDGE GILMAN'S ADJUDICATION OF THE
   SMALL CLAIMS CASE DESCRIBED HEREIN.

B) THAT MY STATE AND FEDERAL CONSTITUTIONAL RIGHTS WERE
   VIOLATED BY CHIEF STATE'S ATTORNEY'S KEVIN KANE, JOHN WHALEN,
   STATE'S ATTORNEY PETER McSHANE'S, TROOP E CONN. STATE POLICE,
   AND CAPTAIN CROWLEY'S FAILURE TO PROTECT ME.

3. COMPENSATORY DAMAGES IN THE AMOUNT OF

A. FIFTY THOUSAND ($50,000) AGAINST BARRY LEVIN AND
M.M.B. MANAGEMENT COMPANY L.L.C.

B. TWO-HUNDRED AND FIFTY THOUSAND ($250,000) AGAINST
PEGGY JORDAN AND CONNECTICUT COMMUNITY CREDIT
UNION.

C. SEVEN-HUNDRED AND SEVENTY FOUR DOLLARS AND
FIFTY CENTS ($774.50) AGAINST STATE MARSHAL JOSHUA
MARTIN

4. PUNITIVE DAMAGES IN THE AMOUNT OF;

A. ONE MILLION DOLLARS ($1,000,000) AGAINST BARRY
LEVIN AND M.M.B. MANAGEMENT CO. LLC.

B. FIVE-HUNDRED THOUSAND DOLLARS ($500,000) AGAINST
PEGGY JORDAN AND CONNECTICUT



COMMUNITY CREDIT UNION.

3) FIVE-HUNDRED THOUSAND DOLLARS ($500,000.00)
AGAINST CHIEF STATE'S ATTORNEY KEVIN KANE,
AND JOHN WHALEN, ASSISTANT SUPERVISORY
STATE'S ATTORNEY PETER MCSHANE, CONNECTICUT
STATE POLICE TROOP E MONTVILLE, CAPTAIN
CROWLEY.

4) SPECIAL DAMAGES
   PURSUANT TO CONNECTICUT STATE LAW,
TREBLE DAMAGES AGAINST BARRY LEVIN
AND M.M.B. MANAGEMENT COMPANY L.L.C
(ALREADY INCLUDED IN COMPENSATORY DAMAGES)

5. I CLAIM THIS COURT HAS PENDENT JURISDICTION
OVER ALL MY STATE LAW CLAIMS

_Neowk Sololut_